08 CV 01832

Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY
 etc.

       Plaintiff,

- against -

BRUSSELS AIRLINES

       Defendant.
------------------------------------------------------------X

08 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

ALLIANZ GROUP is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY.

Dated: New York, New York
       February 25, 2008

                CASEY & BARNETT, LLC
                Attorneys for Plaintiff

       By: _/s/ Martin F. Casey_
                Martin F. Casey (MFC-1415)
                317 Madison Avenue, 21st Floor
                New York, New York 10017
                (212) 286-0225