SWEET, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
et al.

          Plaintiff,

  - against -

BRUSSELLS AIRLINES

          Defendant
----------------------------------------X

08 Civ. 1832 (RWS)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       May 2, 2008
       299-421

                          CASEY & BARNETT, LLC
                          Attorneys for Plaintiff

                    By: _____
                          Martin F. Casey (MFC-1416)
                          317 Madison Avenue, 21st Floor
                          New York, New York 10017
                          (212) 286-0225

**SO ORDERED:**

_____
 U.S.D.J.
5-6-08

[RECEIVED MAY 0 5 2008 JUDGE SWEET CHAMBERS]

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/6/08]